No. 539. Societe Suisse Pour Valeurs de Metaux *v.* Murphy, Attorney General, et al. January 30, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. Mr. Justice Stone took no part in the consideration and decision of this application. *Messrs. Frederic D. McKenney, John Spalding Flannery,* and *G. Bowdoin Craighill* for peti-

632

tioner. *Solicitor General Jackson, Assistant Attorney General Whitaker, Paul A. Sweeney, Harry LeRoy Jones* and *Brice Toole* for respondents.